MAGDA M. ELMOBDY, INDIVIDUALLY, AND AS THE PERSONAL REPRESENTATIVE OF AND ON BEHALF OF HER MINOR CHILDREN KARIM ELMOBDY, ETAL

Plaintiff(s)

Index # 07 CV 6831 (SCHEINDLIN)

- against -

Purchased July 30, 2007

LMS SHIP MANAGEMENT, INC., ETAL

Defendant(s)

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK: COUNTY OF NEW YORK  ss:

ANDERSON CHAN BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on August 17, 2007 at 10:55 AM at

ONE WHITEHALL STREET, 20TH FL
NEW YORK, NY10004

deponent served the within SUMMONS AND COMPLAINT on WATERMAN STEAMSHIP CORPORATION therein named,

**CORPORATION** a DOMESTIC corporation by delivering thereat a true copy of each to MS. MORAN personally, deponent knew said corporation so served to be the corporation described in said SUMMONS AND COMPLAINT as said Defendant and knew said individual to be the GENERAL AGENT thereof.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| FEMALE | WHITE | BLACK | 50 | 5'4 | 130 |

That at the time of such service deponent knew the person so served as aforesaid to be the same person mentioned and described as the Defendant in this action.

Sworn to me on:  August 17, 2007

JOEL GRABER
Notary Public, State of New York
No. 02GR4699723
Qualified in New York County
Comm. Expires February 10, 2010

MICHAEL SMITH
Notary Public, State of New York
No. 01SM4997428
Qualified in New York County
Comm. Expires June 8, 2010

JONATHAN GRABER
Notary Public, State of New York
No. 01GR6156780
Qualified in New York County
Comm. Expires December 4, 2010

**ANDERSON CHAN**
License #: 1220482
Invoice #: 445550

UNITED PROCESS SERVICE, INC., 3RD FLOOR, 315 BROADWAY, NEW YORK, NY 10007 - (212) 619-0728