UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
X------------------------------------------------X

MAGDA M. ELMOBDY, individually, and as the personal representative of and on behalf of her minor children KARIM ELMOBDY, ISLAM ELMOBDY, MOHAMED ELMOBDY and SHERIF ELOMBDY; and as personal representative of and on behalf of the surviving parent HAMIDA MOHAMED; and as personal representative of and behalf of the dependent relative, NEAMAAT ATITOY

                   Plaintiff,

- against -

LMS SHIP MANAGEMENT, INC., P&O NEDLLOYD BV, and WATERMAN STEAMSHIP CORP.,

                   Defendants.

X------------------------------------------------X

07Civ. 6831 (SAS)

**RULE 7.1 STATEMENT**

    Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable judges and magistrate judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Defendants LMS Shipmanagement, Inc. (sued here as LMS Ship Management, Inc) and Waterman Steamship Corporation (sued herein as "Waterman Steamship Corp."), certifies that International Shipholding Corporation is a publicly traded company and a parent of Waterman Steamship Corporation and LMS Shipmanagement, Inc.

Dated: New York, New York
       September 18, 2007

                                            HILL, BETTS & NASH LLP

                                            By_____
                                              Gregory O'Neill (GON-1944)
                                              Gordon S. Arnott (GSA-8612)
                                              Attorneys for Defendants
                                              One World Financial Center
                                              200 Liberty Street, 26th Floor
                                              New York, New York 10281-1003
                                              (212) 839-7000