**Magda M. Elmobdy et al vs LMS Ship Management, Inc et al**
Docket: 07CV6831, USDC, Southern District Of New York, State of New York, USA

☑ Affidavit Of Service  ☐ Affidavit Of NON Service

☐ **Section 1 Service Completed**

I, _John Cahico_, the affiant, over the age of 18 years, competent and not a party to this action, hereby attest that service was made: ☐ personally ☐ domiciliary ☑ corporate ☐ substitute

Upon _Jeffery Gillage_ on behalf of himself or herself or _LMS_

At _1:00_ a.m./p.m. on _9/6/07_ at _900 Patterson Dr_
_Supervisor Served_ _New Orleans, La 70114_

☐ **Section 2 NOT Completed**

I, _____, the affiant, over the age of 18 years, competent and not a party to this action, hereby attest that service was not made upon _____ on behalf of himself or herself or _____. Unable to locate   Moved   No such address   Non service

Attempts: at ___ a.m./p.m. on ___ at ___
at ___ a.m./p.m. on ___ at ___
at ___ a.m./p.m. on ___ at ___

☑ **Section 3**

The Summons In A Civil Case and Complaint Civil And Admiralty In Personam were received by me on _9/6/07_ at _7:00_ o'clock a.m./p.m.

☐ **Section 4**
I declare, under penalty of perjury, that the facts contained herein are true, correct and to the best of my knowledge.

Signature: _John Cahico_
P.O. Box 82535, Lafayette, Louisiana 70598, 337-839-1833
Printed Name and license number if applicable   Date _9/6/07_

☑ **Section 5** If this box is checked, please have properly notarized.

This sworn and subscribed to me _Vanessa T. Edwards_ Notary Public in and for the Parish County of _St. Tammany_ State of _Louisiana_ This _6_ day of _September_ 2007. My commission expires _Lifetime_

Notarial Signature/Seal _____, Notary Roll Number _15154_

VANESSA T. EDWARDS
NOTARY PUBLIC, ST. TAMMANY PARISH
My Commission Expires at Death
Commission #15154

- 1 -