HOFMANN & ASSOCIATES.
Attorneys for Plaintiff MAGDA M. ELMOBDY
360 West 31st Street, Suite 1506
New York, NY 10001-2727
212-465-8840

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

| | |
|---|---|
| MAGDA M. ELMOBDY, individually, and as the personal representative of and on behalf of her minor children KARIM ELMOBDY, ISLAM ELMOBDY, MOHAMED ELMOBDY, and SHERIF ELMOBDY; and as personal representative of and on behalf of the surviving parent, HAMIDA MOHAMED; and as personal representative of and on behalf of the dependent relative, NEAMAAT ATITOY | CV-07-6831 (SAS)<br><br>**NOTICE OF VOLUNTARY DISCONTINUANCE** |

　　　　　　　　Plaintiff,

    -against-

LMS SHIP MANAGEMENT, INC.,
P&O NEDLLOYD BV, and WATERMAN
STEAMSHIP CORP.,

　　　　　　　　Defendants
-----------------------------------------------------------x

To:    Clerk of the United States District Court
       Southern District of New York

    Kindly mark the above case dismissed against **defendant P&O NEDLLOYD BV, ONLY**, without prejudice pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, no answer having been filed and no recovery having been made.

Dated: New York, New York
       October 9, 2007

Hofmann & Associates
Attorneys for Plaintiff

By: *Elizabeth Blair Starkey*
Elizabeth Blair Starkey (ES8709)
360 West 31st Street
New York, NY 10001
212-465-8840

cc:    Gordon Arnott, Esq.
       Hill, Betts & Nash LLP
       Attorneys for defendants Waterman Steamship Corp. And
           LMS Ship Management, Inc.
       One World Financial Center
       200 Liberty Street, 26th Floor
       New York, NY 10281

AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                     ) ss.:
COUNTY OF NEW YORK   )

MARINA GRULLON being duly sworn, deposes and says, that deponent is not a party to the action, is over 18 years of age and resides at 360 West 31st Street, New York, N.Y. 10001. That on the 9th day of October 2007, deponent served the within: "NOTICE OF VOLUNTARY DISCONTINUANCE " upon:

Gordon Arnott, Esq.
Hill Betts & Nash
One World Financial Center
200 Liberty Street, 26th Floor
New York, New York 10281

at the last known address designated by them for that purpose by depositing a true copy of same enclosed by mail in a postpaid properly addressed wrapper in an official depository under the exclusive care and custody of the United States Post Service department within the State of New York.

_____
Marina Grullon

Sworn to before me this
9th day of October 2007

_____
Notary Public

GERARD HARRINGTON
Notary Public, State of New York
No. 01HA6102369
Qualified in New York County
Commission Expires Dec. 8, 2007