UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------x

MAGDA M. ELMOBDY, individually,
and as the personal representative
of and on behalf of her minor
children KARIM ELMOBDY, ISLAM
ELMOBDY, MOHAMED ELMOBDY, and
SHERIF ELMOBDY; and as personal
representative of and on behalf of
the surviving parent, HAMIDA MOHAMED;
and as personal representative
of and on behalf of the dependent
relative, NEAMAAT ATITOY

                Plaintiff,

    -against-

LMS SHIP MANAGEMENT, INC.,
P&O NEDLLOYD BV, and WATERMAN
STEAMSHIP CORP.,

                Defendants

------------------------------------------------------x

ORDER TO ADMIT COUNSEL
PRO HAC VICE

07 Civ. 6831

       The motion for admission to practice pro hac vice in the above captioned matter is

granted. The admitted attorney Lawrence Anthony Arcell is permitted to argue or try this

particular case in while or in part as counsel or advocate.

       An attorney admitted to practice pro hac vice is required to pay a $25.00 attorney

admission fee and present this Order to the intake deputy clerk in the Clerk's Office.

When paying by mail, return a copy of this Order to the Clerk's Office with the required

fee.

       This Order confirms your appearance as counsel in this case, and it will be entered

on the Court's docket. A notation of your admission pro hac vice for the above listed

case will be made on the roll of attorneys.

The attorney admitted <u>pro</u> <u>hac</u> <u>vice</u> must serve a copy of this Order on all other

counsel in this case.

Dated: New York, New York
  October 10  ,2007

_____
United States District Judge