UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
X------------------------------------------------X

MAGDA M. ELMOBDY, individually, and as the personal representative of and on behalf of her minor children KARIM ELMOBDY, ISLAM ELMOBDY, MOHAMED ELMOBDY and SHERIF ELOMBDY; and as personal representative of and on behalf of the surviving parent HAMIDA MOHAMED; and as personal representative of and behalf of the dependent relative, NEAMAAT ATITOY

                        Plaintiff,

- against -

LMS SHIP MANAGEMENT, INC., P&O NEDLLOYD BV, and WATERMAN STEAMSHIP CORP.,

                        Defendants.

X------------------------------------------------X

CONSENT TO THE EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE

07 Civ. 6831 (SAS)

IT IS HEREBY STIPULATED by the undersigned:

    1. All parties consent, pursuant to 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73, that a United States Magistrate Judge conduct all further proceedings in this action, including the trial, order of the entry of final judgment, and conduct all post-judgment proceedings.

    2. Any appeal from a judgment entered in this case will lie to the Court of Appeals for the Second Circuit as from any other judgment of the district court pursuant to 28 U.S.C. § 636(c)(3) and Fed. R. Civ. P. 73(c).

_____
Lawrence A. Arcell (LA-2306)
Paul T. Hofmann (PH-1356)
HOFMANN & ASSOCIATES
Attorneys for Plaintiff
360 West 31st Street, Suite 1506
New York, New York 10001
(212) 465-8840

_____
Gregory O'Neill (GON-1944)
Gordon S. Arnott (GSA-8612)
HILL, BETTS & NASH LLP
Attorneys for Defendants
One World Financial Center
200 Liberty Street, 26th Floor
New York, New York 10281
(212) 839-7000

(Separately executed forms may be submitted. See Fed. R. Civ. P. 73(b).)

{NY069093.1}
SDNY Web 4/99

SO ORDERED.

_____  2/26/08
U.S.D.J.

Magistrate Judge _____ was assigned this case on _____.

_____
For: Clerk U.S.D.C. S.D.N.Y.

{NY069393.1}
SDNY Web 4/99