UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - -:
MAGDA M. ELMOBDY, individually, and : 07 Civ. 6831 (JCF)
as the personal representative of   :
and on behalf of her minor children : O R D E R
KARIM ELMOBDY, ISLAM ELMOBDY,       :
MOHAMED ELMOBDY and SHERIF ELMOBDY; :
and as personal representative of   :
and on behalf of the surviving      :
parent HAMIDA MOHAMED; and as       :
personal representative of and      :
behalf of the dependent relative,   :
NEAMAAT ATITOY,                     :
                                    :
                 Plaintiffs,        :
                                    :
       - against -                  :
                                    :
LMS SHIP MANAGEMENT, INC., P&O      :
NEDLLOYD BV, and WATERMAN           :
STEAMSHIP CORP.,                    :
                                    :
                 Defendants.        :
- - - - - - - - - - - - - - - - - - -:
JAMES C. FRANCIS IV
UNITED STATES MAGISTRATE JUDGE



USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/19/08

    A pretrial conference having been held by telephone on March 18, 2008, it is hereby ORDERED as follows:

    1. All fact discovery shall be completed by July 31, 2008.

    2. All expert discovery shall be completed by August 29, 2008.

    3. The pretrial order shall be submitted by September 30, 2008 unless any dispositive motion is filed by that date. If such a motion is filed, the pretrial order shall be due thirty days after the motion is decided.

1

SO ORDERED.

*[signature: James C. Francis IV]*

JAMES C. FRANCIS IV
UNITED STATES MAGISTRATE JUDGE

Dated:   New York, New York
         March 19, 2008

Copies mailed this date:

Elizabeth B. Starkey, Esq.
Lawrence A. Arcell, Esq.
Hoffman & Associates
360 West 31st Street, Suite 1506
New York, New York 10001-2727

Gordon S. Arnott, Esq.
Hill, Betts & Nash, LLP
One World Financial Center
200 Liberty Street, 26th Floor
New York, New York 10281-1003